ACCEPTED
03-14-00541-CR
3726634
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/12/2015 10:12:41 AM
JEFFREY D. KYLE
CLERK

## No. 03-14-00541-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE THIRD JUDICIAL DISTRICT** |
| | § | |
| **v.** | § | **COURT OF APPEALS** |
| | § | |
| **ROBERT TORRES** | § | **AT AUSTIN, TEXAS** |

3rd COURT OF APPEALS
AUSTIN, TEXAS

1/12/2015 10:12:41 AM

JEFFREY D. KYLE
Clerk

## APPELLANT'S SECOND MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes ROBERT TORRES, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time of 45 days to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 299TH Judicial District Court of Travis County, Texas.   The case below was styled the *State of Texas v. Robert Torres*, numbered D1DC-12-302414.

2.      Appellant was convicted of the offense of Driving While Intoxicated – Third Degree Felony, for which he received probation.

3.      The brief in this case was originally due on November 12, 2014. Appellant requested and received a 90 day extension which was granted and the due date was extended to January 12, 2015.

1

4.      Appellant requests a 45 day extension of time from the present date to file the brief.

5.      Appellant relies on the following facts as good cause for the requested extension. In addition to the present case, the undersigned counsel has been working on many other cases which have interfered with his preparation of the present case.

6.      In the present case, counsel will be able to file the brief within the next 45 days.  For this reason, counsel seeks an extension of time in order to adequately fulfill his obligations under the 6th and 14th Amendments to the United States Constitution.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief for 45 additional days from the filing of this motion, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Law Office of Jamie Spencer
812 San Antonio Street, Suite 403
Austin, TX 78701
Tele: 512/ 472-9909
Fax: 512/ 472-9908
Cell: 512/964-9900
Email: Jamie@austindefense.com

Jamie Spencer, State Bar No. 90001952

2

## CERTIFICATE OF SERVICE

      This is to certify that on January 12, 2015, a true and correct copy of the above and foregoing document was served by U.S. Mail on the State at the following address:

Travis County District Attorney's Office
P.O. Box 1748
Austin, TX 78767

_____
Jamie Spencer